UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61468-DSL

**VICTOR ARIZA**,

      Plaintiff,

vs.

**BPS DIRECT, LLC, d/b/a BASS PRO SHOPS, a foreign limited liability company**,

      Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff VICTOR ARIZA and Defendant BPS DIRECT, LLC d/b/a BASS PRO SHOPS, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss all claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated: October 30, 2024.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 N. Hiatus Road<br>Sunrise, FL 33351<br>T. 954/362-3800<br>Email: rhannah@rhannahlaw.com<br><br>By____*s/ Roderick V. Hannah*_____<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>305/266-97780<br>Email: pduran@pelayoduran.com<br><br>By ____*s/ Pelayo M. Duran*_____<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

1

**FORD & HARRISON, LLP**
Counsel for Defendant
1 SE Third Avenue, Suite 2130
Miami, Florida 33131
T. 305/ 808-2143
Facsimile: (305) 808-2101
Email:  erodriguez@fordharrison.com

By ___*/s/ Elizabeth M. Rodriguez*_____
      Elizabeth M. Rodriguez
      Fla. Bar No. 821690